IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO


IN RE:

**JOSE A TOLEDO TOLEDO**                                     **CASE NO. 08-08185-BKT**

**CHARYMEL TOLEDO ADAMES**                                        **CHAPTER 13**


Debtor(s) _____


**TRUSTEE'S MOTION REQUESTING THAT THE ORDER GRANTING
TRUSTEE'S MOTION REQUESTING DEBTOR TO MODIFY PLAN
BE VACATED AND SET ASIDE (DKT#111)**


**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**


  1. On January 24, 2013, the Trustee filed Motion Requesting Debtor to Modify Plan **(dkt#86).** The court entered an order granting said motion on April 03, 2012 **(dkt#111).**

  2. Plan dated June 19, 2009, is sufficiently funded to pay priority claims.

  3. The Trustee request that the order entered on April 03, 2012 **(dkt#111)** be vacated and set aside.


   **WHEREFORE,** the Chapter 13 Trustee hereby requests this Honorable Court to take notice of the aforementioned and grant any remedy it deems appropriate.


   **14 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST:** YOU ARE HEREBY NOTIFIED THAT YOU HAVE FOURTEEN (14) DAYS FROM THE DATE OF THIS NOTICE TO FILE AN OPPOSITION TO THE FOREGOING MOTION AND TO REQUEST A HEARING. IF NO OPPOSITION IS FILED WITHIN THE PRESCRIBED PERIOD OF TIME, THE TRUSTEE'S MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED WITHOUT FURTHER HEARING UNLESS(1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. IF A TIMELY OPPOSITION IS FILED, THE COURT WILL SCHEDULE A HEARING AS A CONTESTED MATTER.


   **CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov, and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s), debtor(s) attorney, creditor and creditor's legal representation (if appearance has been filed) to their addresses of record.

TRUSTEE'S MOTION REQUESTING THAT THE ORDER GRANTING
TRUSTEE'S MOTION REQUESTING DEBTOR TO MODIFY PLAN
BE VACATED AND SET ASIDE (DKT#111)
Case No. 08-08185-BKT        PAGE 2

**RESPECTFULLY SUBMITTED** at San Juan, Puerto Rico, this April 12th, 2013.

**/S/ ALEJANDRO OLIVERAS RIVERA**
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062
San Juan, PR  00902-4062
Phone: 787-977-3500
Fax: 787-977-3521